IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN SHANE SPEARS, <br> as Administrator of the Estate of <br> EDWARD EUGENE SPEARS, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. <br> 2:10-cv-671-WKW-CSC |
| DENNIS F. MEEKS; DR. MILLARD <br> HENRY McWHORTER III; A. CAIN <br> LPN; D. WILLIAMS LPN; and <br> SOUTHERN HEALTH PARTNERS, <br> INC., | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants, | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, Annette Cain, LPN, a defendant, (referred to in the Complaint

as "A. Cain LPN") in the above-captioned matter, and in accordance with the order

of this Court, making the following disclosure concerning parent companies,

subsidiaries, partners, limited liability entity members and  managers, trustees (but

not trust beneficiaries), affiliates, or similar entities reportable under the provisions

of the Middle District of Alabama's General Order No. 3047:

☒    This party is an individual, or

☐    This party is a governmental entity, or

☐     There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____      _____

                                     s/Daniel F. Beasley_____
                                     Attorney for Millard H. McWhorter, M.D.;
                                     Annette Cain, LPN, Dianne Williams, LPN
                                     and Southern Health Partners, Inc.
                                     Post Office Box 2087
                                     Huntsville, Alabama  35804
                                     Tel. (256) 535-1100

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 27th day of August, 2010, a true and correct copy of the foregoing was served on all counsel of record via electronic filing or by placing a copy of the same in the United States Mail, First Class Postage Prepaid to:

M. Adam Jones, Esq.
Jacoby & Meyers, LLC
P.O. Box 5551
Dothan, AL 36302

                                     s/Daniel F. Beasley_____
                                     Of Counsel